DISTRICT COURT OF WESTERN WASHINGTON FOR
THE UNITED STATES OF AMERICA

MARILYNN MCGLASHAN, )
) No. 2:14 CV-00976-TSZ
Plaintiff, )
)
vs. )
)
UNIVERSITY OF WASHINGTON, and the ) ORDER TO DISMISS
UNIVERSITY OF WASHINGTON THE ) WITHOUT PREJUDICE
DEPARTMENT OF ANESTHESIOLOGY )
ANDPAIN MEDICINE, )
)
Defendants. )
)
_____ )

THIS MATTER having come before the court on this date, on the plaintiff's motion for an order which provides the following relief:

1. Dismisses this action voluntarily without prejudice.

2. Dismisses this action without an award of costs and without terms or conditions.

ORDER TO DISMISS
WITHOUT PREJUDICE - 1

LEANNE M. LUCAS
ATTORNEY AT LAW
3828 BEACH DRIVE S.W., SUITE 303
SEATTLE, WASHINGTON 98116-3578
206.932.3492 Cell 206.501.6941

The Court considered the pleadings filed in this action and the following evidence:

Declaration of Plaintiff's counsel.

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's unopposed motion to dismiss, docket no. 5, is GRANTED.

(2) Cause No. 2:14 CV-00976-TSZ is dismissed without prejudice.

(3) Cause No. 2:14 CV-00976-TSZ is dismissed without costs, terms or conditions.

DATED this 5th day of August, 2014.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER TO DISMISS
WITHOUT PREJUDICE - 2

LEANNE M. LUCAS
ATTORNEY AT LAW
3828 BEACH DRIVE S.W., SUITE 303
SEATTLE, WASHINGTON 98116-3578
206.932.3492 Cell 206.501.6941